UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————X

GUSTAVO RIOS

              Plaintiffs,

**JUDGMENT PURSUANT TO RULE 68**

    -versus-

22-cv-01913 (ENV) (MMH)

SOHO MASONS CORP. and JOHN NEVLA, and VICTOR ROTTENBERG

              Defendants.

——————————————————————X

**WHEREAS,** on April 5th, 2022, plaintiff Rios filed this action alleging violations of the Fair Labor Standards Act.

**WHEREAS,** on August 22, 2022, pursuant to Fed. R. Civ. P. 68, the defendants served on the plaintiffs an Offer of Judgment in favor of plaintiff Rios and

**WHEREAS,** on August 24, 2022, Plaintiff Rios accepted defendants' offer **NOW, THEREFORE, IT IS HEREBY ORDERED** and **ADJUDGED THAT:**

1. Defendants shall pay plaintiff Rios the total sum of Seventeen Thousand Five Hundred Dollars ($17,500), pursuant to the Rule 68 Offer of Judgment.

2. This judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff Rios may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of Defendants or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

3. The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission

of liability by any defendant, or an official, employee, or agent of the Defendants, or any agency thereof; nor is it an admission that plaintiff Rios has suffered any damages.

4. Acceptance of the offer of judgment has acted to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the Defendants, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff Rios in the above-referenced action. Acceptance of the offer of judgment has waived plaintiff Rios's rights to any claim for interest on the amount of the judgment.

Dated: Brooklyn, New York
August 29, 2022

BRENNA B. MAHONEY
CLERK OF COURT

BY: *Jalitza Poveda*
　　　**Deputy Clerk**